## KESSEN v. UNITED STATES.

### No. 9104.

Circuit Court of Appeals, Fifth Circuit.
June 15, 1939.

Harry L. Thompson and E. B. Casler, Jr., both of Clearwater, Fla., for appellant.

Keith L. Seegmiller and Thomas E. Walsh, Attys., Department of Justice, both of Washington, D. C., and Wilbur C.

**522**

Pickett, Sp. Asst. to Atty. Gen., and H. S. Phillips, U. S. Atty., and Joseph E. Gillen, Asst. U. S. Atty., both of Tampa, Fla.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

On considering the evidence we are of opinion that it is insufficient to warrant a finding that the appellant at the lapsing of his term insurance Dec. 31, 1918, was then totally and permanently disabled. The Court did not err in directing a verdict against him. Lumbra v. United States, 290 U.S. 551, 54 S.Ct. 272, 78 L. Ed. 492; Miller v. United States, 294 U.S. 435, 55 S.Ct. 440, 79 L.Ed. 977.

Affirmed.